UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY MICOLUCCI, R. PH.,

Plaintiff,

v.  Case No.: 3:22-cv-47-HES-MCR

WAL-MART STORES, LLC,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a) Plaintiff, ANTHONY MICOLUCCI, R. PH., hereby notifies the Court that the Parties have reached an agreement to fully resolve this case. The Parties are in the process of finalizing settlement documents and will advise the Court upon completion of the same.

Dated this 9th day of May, 2022.

*/s/ Steven G. Wenzel*
Steven G. Wenzel
Florida Bar No: 159055
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
irect Phone: (813) 223-6545
Facsimile: (813) 229-8712
Email: swenzel@wfclaw.com
Email: rcooke@wfclaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of May, 2022, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will send notice of electronic filing on all counsel and parties of record.

                                         *s/ Steven G. Wenzel*
                                         **STEVEN G. WENZEL**