UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY MICOLUCCI, R.PH.,

    Plaintiff,

v.                                        Case No. 3:22-cv-47-BJD-MCR

WAL-MART STORES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. 28; Stipulation) filed on May 12, 2022. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

DONE and ORDERED in Jacksonville, Florida this 13th day of May, 2022.

*[Signature]*
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record